## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Luis Garcia, et al.

                      Plaintiff,

v.                                                         Case No.: 1:22−cv−00987

                                                                      Honorable Matthew F. Kennelly

The Professional Locksmith, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 6, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' unopposed motion for stage one conditional certification and to begin notice [16] is granted. Defendants are directed to provide plaintiffs' counsel with a list of the putative class members, with personal contact information, within fourteen (14) days of today's date, along with a certification, via declaration, regarding the accuracy and completeness of the list. The current status hearing date remains as−is. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.